[No. 3026-1.    Division One.    November 4, 1974.]

DONNA J. WARD, *Appellant*, v. PATRICK W. WARD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-30658, James W. Mifflin, J., entered May 3, 1974. *Reversed* by unpublished per curiam opinion.

[No. 2377-1.    Division One.    November 4, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONA R. CONLEY *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 5778, Thomas G. McCrea, J., entered June 8, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and Horowitz, J.